RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 02 2025

KEVIN P. WEIMER, Clerk
By: Matthew H, Deputy

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**SHAKIYLA WILLIAMS, Plaintiff,**

v.

**1:25-CV-3718**

**ROC NATION LLC, SHAWN CARTER (JAY-Z), BEYONCÉ KNOWLES, SEAN COMBS (P. DIDDY), ONIKA TANYA MARAJ (NICKI MINAJ), MEGHAN MARKLE, PRINCE HARRY, KIM KARDASHIAN, TYLER PERRY, JEFFREY EPSTEIN, and JOHN/JANE DOES 1–100 (various government actors including CIA and other agencies), Defendants.**

## PRELIMINARY STATEMENT

I, Shakiyla Williams, bring this action as a last resort—not for money or legal victory, but to place the truth into public record. My life has been systematically dismantled by a powerful, coordinated network of celebrities, corporations, hospitals, and government actors. I believe I was placed on a government watchlist after being poisoned in an Ohio hospital. That placement triggered a series of devastating abuses—identity theft, surveillance, creative and financial exploitation, and trafficking. My likeness has been monetized by some of the world's most powerful entertainment figures. My daughter, now 18, is also being targeted.

I name Roc Nation, Beyoncé, Jay-Z, Diddy, Nicki Minaj, Meghan Markle, Prince Harry, and others as part of a Hollywood-centered enterprise profiting from this abuse. Through this lawsuit, I seek not only relief for the personal harm I've endured, but also a permanent public record of how government power, corporate technology, celebrity influence, and institutional medicine can be fused together into a silent weapon.

## FACTUAL ALLEGATIONS

I was raised in a family affiliated with the Black Liberation Movement and the organization of Malachi Z. York. This affiliation made my family, including myself, a target of government surveillance and retaliation.

In 2009, I was connected to a small music label in Columbus, Ohio. A contract was presented to me, and my mother signed it on my behalf. Soon after, my mother died suddenly under suspicious circumstances at Mount Carmel West hospital. This hospital has since been sued for wrongful deaths and patient mistreatment. I believe my mother's death was not natural, but rather a consequence of her involvement with that contract and the larger trafficking network.

After her death, I experienced a series of events that led to my poisoning in hospitals including Doctors West and OSU. My medical records from those visits were erased or altered. I believe these poisonings were coordinated efforts to remove me as a threat or to convert me into a commodified vessel within a broader human trafficking system. It is my belief that the hospitals were alerted ahead of my arrival and that medical staff were instructed not to provide proper care. Each time I sought medical attention for symptoms of poisoning, I was either told that nothing was wrong with me or denied the necessary tests that would have confirmed what was happening to me. Though I cannot prove how such a program works, this is what I believe based on my experiences.

Jeffrey Epstein, a financier and trafficker connected to Les Wexner, has extensive ties to the Columbus, Ohio medical system. Wexner, a major funder of local healthcare institutions, including those linked to Doctors West Hospital, indirectly facilitated a network that enabled my poisoning. I believe Epstein's influence extended through Wexner's financial control of hospitals where my records were altered and my poisoning was carried out.

I believe I was placed on a government watchlist labeled as a Black Identity Extremist. That label has enabled decades of covert surveillance, identity theft, creative exploitation, economic sabotage, and repeated attempts to psychologically break me.

My likeness, voice, and ideas have been stolen and repackaged by celebrities and media companies. I specifically name Roc Nation, Beyoncé, Jay-Z, P. Diddy, Nicki Minaj, Kim Kardashian, Disney, and others. Their works symbolically mirror and profit from the events of my life, while I have been silenced and rendered invisible.

I was repeatedly followed by unknown individuals who were clearly hired to track my movements and intimidate me. These individuals would sit in cars outside my home for long hours, stand near my door and windows without explanation, and in several incidents, fire guns into the air before fleeing the scene—designed to terrorize and destabilize me.

I was also stalked while driving. Individuals were paid to follow me on the road, driving aggressively and attempting to run me off the road on several occasions. These dangerous acts were intended to intimidate, create constant fear, and potentially cause harm or force an accident. The stalking was persistent and highly coordinated.

Police departments were also involved in the stalking. Officers in marked vehicles would aggressively follow me both on the road and while I was walking or going about daily activities. They would frequently turn on their lights and sirens directly behind me, only to drive off moments later. Police cruisers would also park outside of my home, flashing their lights into my apartment windows. These tactics were designed to create fear, instability, and the constant feeling of being watched and threatened.

On numerous occasions, my vehicle was broken into or tampered with. These break-ins were not random—they were strategically timed to prevent me from leaving home, working, or attending important appointments. They represent a pattern of sabotage used to keep me isolated and financially dependent.

Individuals entered my home while I was away and poisoned my food. These intrusions were covert and calculated, causing unexplained physical symptoms, hospital visits, and trauma. This tactic was used to inflict harm without traceable evidence.

Some of my family members were also targeted. They were

either by verbal threats or through actions meant to intimidate me. In certain cases, relatives were pressured to participate in spreading false narratives or isolating me from sources of support. These tactics fractured my family ties and deepened my isolation.

Those who attempted to support or help me were themselves targeted. Some were threatened, stalked, or publicly discredited. This tactic ensured that I remained isolated, with no support network to escape or expose the abuse.

Defendants and their associates spread defamatory rumors about my sexual health and character within private, symbolic circles. They used coded language and insider symbolism to destroy my reputation while avoiding public detection. Symbols were deliberately attached to me—symbols that only I would recognize—so that covert messages could be delivered in public forums. Through these symbolic references, the perpetrators were able to send messages meant to terrorize or control me, while the general public remained unaware of the significance.

Crisis actors were hired to create and share fake viral stories that mirrored my lived experiences. These staged stories were used to further psychologically destabilize me, discredit me, and deliver covert threats. These stories often went viral as part of larger social media trends designed to ridicule, mock, or signal harm to me.

Unknowing members of the public were used to amplify psychological operations against me through memes, viral videos, online trends, and manipulated search engine results. These were not random cultural moments—they were organized and directed as part of a coordinated psychological warfare campaign.

My children were threatened as part of this campaign. I was repeatedly warned—directly and indirectly—that Child Protective Services (CPS) could be used to take my children away from me. These threats created immense emotional distress and reinforced the coercive control being exercised over my life.

My presence on social media has been heavily censored and manipulated. My algorithms were deliberately

restrictions on my security settings, and only select individuals were allowed to see me. Entire portions of the public were blocked from viewing my posts, creating a false sense of invisibility and isolation. Posts I made—many of which did not violate any community guidelines—were repeatedly taken down by the platforms under the direction of powerful actors. This censorship extended across multiple platforms and was part of a larger effort to control my voice and limit my ability to speak out.

Algorithm manipulation was also used to implant covert threats and psychological terror. For example, when my attackers wanted to instill fear of violence or death, my feeds would be flooded with videos of people being killed, homes being set on fire, or bodies being discovered. If they wanted to imply that my children were in danger, the algorithm would suddenly show videos of CPS seizing children from families. If they wanted me to fear an arrest or police violence, my feeds would fill with images of raids, no-knock warrants, or people being brutalized by police. These were not random suggestions—they were algorithmic weapons designed to threaten and manipulate my mental state.

In addition to physical targeting, my electronic devices—phones, tablets, and computers—have been systematically hacked, allowing constant surveillance, tracking, and harassment.

My bank accounts were repeatedly closed or frozen without explanation, cutting off my access to basic financial resources and furthering my isolation and economic harm.

My daughter was threatened with the release of fabricated or manipulated sex tapes as part of an ongoing attempt to intimidate, control, and silence us both.

These acts of abuse were carried out in highly covert ways—designed to leave minimal visible evidence, while producing constant psychological damage. Much of what occurred could only be proven through advanced forensic analysis, which my attackers knew I lacked the financial means to obtain. They deliberately exploited my limited resources, knowing I could not easily hire private investigators or legal experts to expose the full scale of this operation against me.

The Federal Bureau of Investigation (FBI), the Central Intelligence Agency (CIA), and other branches of the U.S. government were not only complicit in these abuses, but actively facilitated them. I believe these acts form part of a modern-day extension of COINTELPRO—a covert psychological operation historically used to destabilize Black leaders, disrupt liberation movements, and strip individuals of their civil liberties. I allege that the U.S. government knowingly used symbolic manipulation, stalking, poisoning, surveillance, and creative theft to silence me, dismantle my life, and profit from my existence. These agencies are named as 'Corrupt Government Officials (John/Jane Does)' in this complaint to reflect their central role in enabling and executing this abuse.

## CAUSES OF ACTION

### Count I – Civil RICO (18 U.S.C. § 1962)

Defendants, individually and in coordination, participated in an ongoing criminal enterprise that engaged in a pattern of racketeering activity, including human trafficking, identity theft, surveillance, harassment, creative theft, and intentional infliction of emotional and psychological harm. Their conduct violated the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962.

### Count II – Deprivation of Civil Rights (42 U.S.C. § 1983)

Defendants acting under color of law, including but not limited to government officials and agencies, conspired to deprive Plaintiff of her constitutional rights. This includes freedom of speech, the right to privacy, access to medical care, and freedom from unlawful surveillance and coercion, in violation of 42 U.S.C. § 1983.

### Count III – Human Trafficking (18 U.S.C. § 1595 – TVPA)

Defendants knowingly participated in and benefited financially from a system of psychological and creative trafficking. They used surveillance, coercion, symbolic abuse, and economic control to strip Plaintiff of her identity and autonomy, causing irreparable harm.

### Count IV – Intentional Infliction of Emotional Distress

The Defendants' conduct was extreme and outrageous, intentionally designed to emotionally and psychologically

torture. Plaintiff has suffered long-term trauma, emotional pain, loss of security, and loss of livelihood.

Count V – Civil Conspiracy and Unjust Enrichment
Defendants conspired to exploit Plaintiff for profit through stolen likeness, ideas, stories, and labor. Each Defendant contributed to, or benefited from, this exploitation while Plaintiff was intentionally silenced, impoverished, and subjected to ongoing trauma.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

• A declaratory judgment that the actions of the named Defendants violated Plaintiff's constitutional and statutory rights.
• An order for permanent injunctive relief to immediately and permanently cease all surveillance, harassment, stalking, psychological targeting, and unauthorized monetization of Plaintiff's identity or life.
• Compensatory damages in an amount to be determined at trial for emotional distress, lost wages, loss of opportunity, and pain and suffering.
• Punitive damages to deter future misconduct and punish the willful and malicious conduct of Defendants.
• An order requiring public acknowledgment of the harm caused to Plaintiff, and public correction of the defamatory narratives spread symbolically and explicitly.
• A jury trial on all issues so triable.
• Any other relief the Court deems just and proper.

DEMAND FOR JURY TRIAL

6-27-25

## Service of Process List for Defendants

Defendant: Roc Nation LLC
Serve at: Corporate Creations Network, Inc.
Address: 2985 Gordy Parkway, 1st Floor, Marietta, GA 30066


Defendant: Shawn Carter (Jay-Z)
Serve at: c/o Roc Nation LLC
Address: 540 West 26th Street, 7th Floor, New York, NY 10001


Defendant: Beyoncé Knowles
Serve at: Registered Agent: T. Deon Warner
Address: 4200 Montrose Blvd, Ste. 360, Houston, TX 77006-5443


Defendant: Sean Combs (P. Diddy)
Serve at: c/o Combs Global Public Relations
Address: pr@combsglobal.com (for service requests)


Defendant: Onika Tanya Maraj (Nicki Minaj)
Serve at: c/o Full Stop Management, LLC
Address: 1100 Glendon Ave, Ste. 2100, Los Angeles, CA 90024


Defendant: Meghan Markle
Serve at: c/o As Ever (Archewell Productions)
Address: 6061 West Sunset Blvd, Los Angeles, CA 90028


Defendant: Prince Harry
Serve at: c/o Archewell Productions
Address: 9665 Wilshire Blvd, Ste. 500, Los Angeles, CA 90212


Defendant: Kim Kardashian
Serve at: c/o Full Picture Management
Address: 517 N Robertson Blvd, Ste. 200, West Hollywood, CA 90048


Defendant: Tyler Perry
Serve at: (Suggested) Tyler Perry Studios

Address: 1515 North Las Palmas Ave, Los Angeles, CA 90028

Defendant: Estate of Jeffrey Epstein
Serve at: (Service via executor or estate counsel)
Address: File via Miami/NY Surrogate's Court registry or estate counsel (to be verified)

Defendant: John/Jane Does 1–100
Serve at: (Placeholder)
Address: Not to serve until identified